## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| DAVID R. HARRIS,<br><br>                     Plaintiff,<br><br>v.<br><br>MICHAEL J. ASTRUE, Commissioner,<br>Social Security Administration,<br><br>                     Defendant. | <br><br><br><br>Case No. CIV-08-246-RAW<br> |

## ORDER REMANDING CASE FOR FURTHER PROCEEDINGS

On September 21, 2009, Magistrate Judge Kimberly E. West entered a Report and

Recommendation, recommending that the above-styled case be reversed and remanded for

further proceedings.  Defendant has not filed an objection.

IT IS THEREFORE ORDERED that the  decision of the Administrative Law Judge is

hereby **REVERSED** and this case is hereby **REMANDED** pursuant to the fourth sentence of 42

U.S.C. §405(g) for further administrative proceedings.

IT IS SO ORDERED this 7th day of October, 2009.


**Dated this 7ᵗʰ Day of October 2009.**

Ronald A. White
United States District Judge
Eastern District of Oklahoma

j4h4i0